**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OLATUNDE ALUKO,**

        **Plaintiff,**

-vs-                              **Case No. 6:11-cv-998-Orl-31GJK**

**AUTONATION IMPORTS OF**
**LONGWOOD, INC.,**

        **Defendant.**

_____

**ORDER**

This matter comes before the Court on the Joint Motion for Entry of Order Granting Defendant's Motion to Compel Arbitration and/or Stay the Litigation (Doc. 20). The parties seek to have the Court grant the pending Motion to Compel Arbitration (Doc. 11) and retain jurisdiction to enforce the arbitrator's award and, if requested by the parties subsequent to the arbitration, to determine entitlement to and amount of attorney's fees and costs.[1]

After consideration of the foregoing, is hereby

**ORDERED** that the instant motion (Doc. 20) and the Motion to Compel Arbitration (Doc. 11) are **GRANTED**. This action is **STAYED** pending resolution of the arbitration proceedings. The Defendant shall file a status report on December 1, 2011 and every 90 days thereafter. Insofar as it may be necessary to do so, the Court retains jurisdiction to enforce the arbitration award and, upon request of the parties subsequent to the arbitration, to determine entitlement to and the

___

[1] The parties stipulate that they will bear their own fees and costs in regard to the instant motion. (Doc. 20 at 2).

amount of attorney's fees and costs.  Each party will bear its own fees and costs in regard to the instant motion.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on August 30, 2011.

                                                             GREGORY A. PRESNELL
                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party